UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRYSTAL MERRITT, JOHNNY MERRITT, and CHRISTOPHER BAUDOUIN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MOR 1 CORP., OZI 4 DELIVERY, INC., JOHN DOES 1-10, OZI GLIKSO, and ITZIK BENABO, in their individual and professional capacities,<br><br>Defendants. | Civil Action No.: 23-cv-2212-ERK-VMS |

**STIPULATION AND [PROPOSED] ORDER APPROVING THE SETTLEMENT AND DISMISSING THE CASE**

IT IS HEREBY STIUPLATED AND AGREED by and between the parties, and Ordered by the Court that:

(a) Having reviewed the terms of the parties' resolution of this matter, the Court finds that the parties' settlement of the claims under the Fair Labor Standards Act and New York Labor Law is fair and reasonable in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and directs the Clerk to enter this document;

(b) Defendants shall tender all payments to Plaintiffs and Plaintiffs' counsel in accordance with the schedule set forth in the Settlement Agreement and Release;

(c) The above-captioned action and all causes of action asserted therein are hereby dismissed; and

(d) The Court shall retain jurisdiction over this matter for the sole purpose of enforcing the terms of the Settlement Agreement and Release.

Dated: September 26, 2024
       Queens, New York

**CRABILL PLLC**

By: _____/s/_____
    Taylor J. Crabill
    71-01 Austin Street
    Forest Hills, New York 11375
    Tel: 727-335-1030
    Email: tcrabill@crabilllawfirm.com

    *Attorneys for Plaintiffs*

Dated: September 26, 2024
       Farmingdale, New York

**GUERCIO & GUERCIO LLP**

By: _____/s/_____
    Adam I. Kleinberg
    77 Conklin Street
    Farmingdale, New York 11735
    Tel: 516-694-3000
    Email: akleinberg@guerciolaw.com

    *Attorneys for Defendants Mor 1*
    *Corp., Ozi 4 Delivery, and Ozi Glikso*

Dated: September 26, 2024
      Melville, New York

**SCHWARTZ ETTENGER, PLLC**

By: _____/s/_____
    Jeffrey Ettenger
    445 Broad Hollow Road, Suite 205
    Melville, New York 11747
    Tel: 631-777-2401
    Email: JSE@selawny.com

    *Attorneys for Defendant Itzik Benabo*

SO ORDERED:

_____
The Honorable Eric R. Komitee